AO 450 (Rev. 11/11) Judgment in a Civil Action

*FILED IN THE*
*U.S. DISTRICT COURT*
*EASTERN DISTRICT OF WASHINGTON*

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

**Jun 04, 2025**
SEAN F. McAVOY, CLERK

BRICE C.

      *Plaintiff*

v.

FRANK BISIGNANO,
COMMISSIONER OF SOCIAL SECURITY

      *Defendant*

Civil Action No.  1:24-CV-03117-ACE

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Pursuant to the Court Order at ECF No. 11, Plaintiff's Motion, ECF No. 8, is GRANTED. Defendant's Motion, ECF No. 9, is DENIED. The matter is REMANDED to the Commissioner for further proceedings consistent with this order. Judgment is entered for Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Alexander C. Ekstrom.

Date:  6/4/2025

CLERK OF COURT

SEAN F. McAVOY

s/ Brian Molony
      *(By) Deputy Clerk*
Brian Molony